# UNPUBLISHED

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

No. 21-2250

REINALDO OLAVARRIA,

        Plaintiff - Appellant,

        v.

WAKE COUNTY DEPARTMENT OF SOCIAL SERVICES, WCDSS; NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES, DIVISION OF HEALTH SERVICE REGULATION,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:21-cv-00082-BO)

Submitted: March 29, 2022                     Decided: March 31, 2022

Before HARRIS, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Reinaldo Olavarria, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reinaldo Olavarria appeals the district court's order granting Defendants' motions to dismiss Olavarria's complaint seeking review of two decisions of the North Carolina Department of Health and Human Services. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Olavarria's informal brief fails to meaningfully challenge the district court's rationale for dismissing his claims, Olavarria has forfeited appellate review of the court's disposition. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*